

*Tri-State Paper Co.*
*149 e, church st.*
*Blackwood, NJ  08012*
*215-455-4506*
*215-455-4509*



PLAINTIFF'S EXHIBIT **A**

**Statement**
*Page 1 of 1*
*27-Nov-2023*

| Customer |
|---|
| CAMPUS CORNER VILLANOVA |
| 829 EAST LANCASTER AVE |
| |
| VILLANOVA, PA  19085 |

| Account# | Total Due | Current |
|---|---|---|
| 1862 | $2,570.64 | $0.00 |

| 31-45 Days | 46-60 Days | 61-90 Days | 91-120 Days | 120+ Days |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $1,080.18 | $1,490.46 |

| Invoice | Invoice Date | Due Date | Type | Invoice Amt | Amount Due | Status | P.O. Number |
|---|---|---|---|---|---|---|---|
| 2025326 | 17-Aug-22 | 17-Aug-22 | IN | $1,444.84 | $123.02 | Delinquent | |
| 2025470 | 23-Aug-22 | 23-Aug-22 | IN | $234.60 | $234.60 | Delinquent | |
| 2025650 | 31-Aug-22 | 31-Aug-22 | IN | $2,132.72 | $57.42 | Delinquent | |
| 2025894 | 12-Sep-22 | 12-Sep-22 | IN | $139.69 | $82.02 | Delinquent | |
| 2026829 | 20-Oct-22 | 20-Oct-22 | IN | $88.56 | $88.56 | Delinquent | |
| 2027127 | 3-Nov-22 | 3-Nov-22 | IN | $81.16 | $81.16 | Delinquent | |
| 2027187 | 7-Nov-22 | 7-Nov-22 | IN | $76.49 | $76.49 | Delinquent | |
| 2027793 | 2-Dec-22 | 2-Dec-22 | IN | $125.43 | $125.43 | Delinquent | |
| 2028527 | 5-Jan-23 | 5-Jan-23 | IN | $34.02 | $32.99 | Delinquent | Mark Take |
| 2029400 | 15-Feb-23 | 15-Feb-23 | IN | $1,709.13 | $11.73 | Delinquent | |
| 2029624 | 27-Feb-23 | 27-Feb-23 | IN | $127.78 | $123.95 | Delinquent | |
| 2029875 | 8-Mar-23 | 8-Mar-23 | IN | $1,291.77 | $2.92 | Delinquent | |
| 2030028 | 15-Mar-23 | 15-Mar-23 | IN | $2,487.30 | $32.11 | Delinquent | |
| 2030322 | 29-Mar-23 | 29-Mar-23 | IN | $1,872.26 | $7.28 | Delinquent | |
| 2030751 | 19-Apr-23 | 19-Apr-23 | IN | $2,320.64 | $129.63 | Delinquent | |
| 2030893 | 26-Apr-23 | 26-Apr-23 | IN | $2,337.84 | $85.24 | Delinquent | |
| 2031011 | 2-May-23 | 2-May-23 | IN | $2,058.42 | $115.46 | Delinquent | deliver tuesday |
| 2031173 | 10-May-23 | 10-May-23 | IN | $2,195.76 | $80.45 | Delinquent | |
| 2032928 | 9-Aug-23 | 9-Aug-23 | IN | $1,080.18 | $1,080.18 | Delinquent | |