# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>Tri-State Paper, Inc.,<br><br>      Debtor. | Case No. 23-13237-pmm<br><br>Chapter 11 |
| Tri-State Paper, Inc.,<br><br>      Plaintiff,<br><br>v.<br><br>Campus Corner, Inc.,<br><br>      Defendant. | Adversary No. 24-00061-pmm |

## Plaintiff's Request for Entry of Default
## Against Defendant Campus Corner, Inc.

To the Clerk of Court:

Defendant Campus Corner, Inc. has failed to appear, plead, or otherwise defend against Plaintiff Tri-State Paper, Inc.'s complaint for judgment for affirmative relief within the time allowed and is therefore in default as evidenced by the record and the declaration attached as Exhibit A.

Consequently, you must enter default against Defendant Campus Corner, Inc. pursuant to Fed. R. Bankr. P. 7055 and Fed. R. Civ. P. 55(a).

Date: May 24, 2024

CIBIK LAW, P.C.
*Counsel for Plaintiff*

By: /s/ Michael I. Assad
    Michael A. Cibik (#23110)
    Michael I. Assad (#330937)
    E.J. Gruber (#334339)
    1500 Walnut Street, Suite 900
    Philadelphia, PA 19102
    215-735-1060
    mail@cibiklaw.com

**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| In re: | Case No. 23-13237-pmm |
| Tri-State Paper, Inc., | Chapter 11 |
|     Debtor. | |
| | Adversary No. 24-00061-pmm |
| Tri-State Paper, Inc., | |
|     Plaintiff, | |
| v. | |
| Campus Corner, Inc., | |
|     Defendant. | |

**Exhibit A**
**Declaration in Support of Plaintiff's Request for Entry of Default**

I, Michael I. Assad, declare as follows:

1. I am the attorney for Plaintiff Tri-State Paper, Inc. in the above-entitled action and I am familiar with the file, records, and pleadings in this matter.

2. The complaint was filed on April 15, 2024, and the summons was filed on April 16, 2024.

3. The Defendant was served with a copy of the summons and complaint on April 18, 2024 as reflected on the docket by the proof of service filed on that date.

4. An answer to the complaint was due on May 16, 2024.

5. The Defendant has failed to appear, plead, or otherwise defend within the time allowed and, therefore, is now in default.

6. The Plaintiff requests that the clerk of court enter default against the Defendant.

7. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Date: May 24, 2024     /s/ Michael I. Assad
                                                           Michael I. Assad (#330937)