**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Tri-State Paper, Inc., | Chapter 11 |
| Debtor. | Bky. No. 23-13237 (PMM) |
| Tri-State Paper, Inc., | |
| Plaintiff. | Adv. No. 24-00061 (PMM) |
| v. | |
| Campus Corner, Inc. | |
| Defendant. | |

## ORDER

**AND NOW,** the Plaintiff having commenced this adversary proceeding on April 15, 2024;

**AND** an answer or other responsive pleading having been due on or before May 16, 2024;

**AND** no answer or responsive pleading having been filed;

**AND** the Plaintiff having obtained an entry of default on May 28, 2024

It is hereby **ORDERED** that the Plaintiff shall take appropriate action to prosecute this proceeding (see e.g. F.R.C.P. 55) **on or before June 20, 2024**. Upon failure to prosecute this proceeding, this adversary proceeding **may be dismissed for lack of prosecution** without further notice or opportunity for a hearing.

Date: 6/10/24

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE